# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Brian Zielinski,

    Plaintiff,

    v.                                          Case No. 1:04cv694

OSI Collection Services, Inc.,             Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 6, 2006 (Doc. 26).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Defendant's Motion for Summary Judgment (Doc. 15) is granted. This action is closed.

**IT IS SO ORDERED.**

                                                  *S/Michael R. Barrett*
bac      July 21, 2006                              Michael R. Barrett, Judge
                                                    United States District Court